[No. 5358-1. Division One. October 16, 1978.]

MARYSVILLE SCHOOL DISTRICT No. 25, *Respondent*, v. HAROLD J. THEOMKE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 131575, Robert C. Bibb, J., entered

January 25, 1977. *Affirmed* by unpublished opinion per Dore, J., Farris, C.J., and Pearson, J., concurring in the result.